1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MARIAN J. LODGE, et al.,

       Plaintiffs,

    v.

BANK OF AMERICA, NA,

       Defendant.

Case No.  C07-5241RJB

ORDER DENYING STIPULATION
TO TRANSFER CASE AND
DENYING MOTION TO TRANSFER
CASE

This matter comes before the court on the above-referenced stipulation (Dkt. 6) and motion (Dkt. 8).  The parties seek to transfer this case to the District of Oregon under the authority of 28 U.S.C. § 1404 "for the convenience of the parties and witnesses and in the interests of justice."

The showing remains scant: "With few exceptions, all of the parties, witnesses, and their attorneys are located in the Vancouver, Washington/Portland, Oregon"area."  Dkt. 9, Declaration of James P. Laurick.  First, the convenience of counsel is not included in the statute.  Second, it is in this Judge's view, not appropriate to saddle the District of Oregon with Western District of Washington cases simply because many of the people involved as parties and witnesses live near the Columbia River and, therefore, closer to the Portland Federal Courthouse than to the Tacoma Federal Courthouse.  Boundaries are there for a reason, and it is simply not appropriate to send

[Name of Order] - 1

1  matters that arise near a border to the closest place of holding court.  Third, the court cannot

2  determine, from the showing made, just what parties and witnesses live and/or work in Oregon.

3      The court would further note that there are few or no hearings that require personal

4  attendance in court in most litigation, and that something over ninety percent of civil cases settle

5  before trial, never requiring court appearance.

6      The parties should also be aware that, except for jury trials, on stipulation and for the

7  convenience of the parties and witnesses, the Tacoma federal judges are willing to hold court at the

8  Federal Building in Vancouver, Washington.

9      In spite of the fact that this motion should be denied on the showing made, the court will do

10  what it can to conduct the litigation in a just, speedy and inexpensive fashion in accord with Federal

11  Rule of Civil Procedure 1.

12      For the foregoing reasons, it is now

13      ORDERED that the stipulation for transfer of the case to the District of Oregon is rejected

14  (Dkt. 6) , and the Motion to Transfer Case (Dkt. 8) is denied.

15      The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of

16  record and to any party appearing *pro se* at said party's last known address.

17      DATED this 20th day of June, 2007.

18

19

20  Robert J. Bryan
    United States District Judge

21

22

23

24

25

26  [Name of Order] - 2