# United States District Court

WESTERN DISTRICT OF WASHINGTON

MARIAN J. LODGE and TROY LAMAR RENDON

v.

BANK OF AMERICA

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C07-5241JKA

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the court finds that plaintiffs motion for summary judgment is denied to the extent plaintiff seeks interest on the Grobond at the of 13.2%. Defendant's motion for summary judgment *in the alternative* is granted. Plaintiffs are entitled to redeem their Market Rate Grobond #00 737661 for the sum of $3,268.82 together with interest at the rate of 13.2% through June 29, 1984, and daily compounded interest thereafter at the market rate, as would have been fixed by defendant if plaintiff received notice of the renewal option and interest rate for each successive period.

| July 22, 2008 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/Caroline M. Gonzalez*
Deputy Clerk